CHARLES S. FINBERG, Respondent, v. MORRIS PRESS, INC., et al., Appellants; MORRIS PLAN INDUSTRIAL BANK OF NEW YORK, Impleaded Defendant-Respondent, and ALBERT VIAULT et al., Impleaded Defendants.— Order unanimously

reversed, with twenty dollars costs and disbursements to the defendants-appellants, and plaintiff's cross motion for the appointment of a receiver denied. The motion of the defendants-appellants for relief enjoining and restraining plaintiff and impleaded defendants during the pendency of this action is granted as prayed for in the order to show cause dated December 6, 1944. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

C. NAPIER BLAKELEY, as Ancillary Executor of the Estate of WILSON W. BUTLER, Deceased, Respondent, v. AGENCY OF CANADIAN CAR & FOUNDRY COMPANY, LIMITED, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.